## Copyrights-In-Suit for IP Address 73.202.43.228

**ISP:** Comcast Cable
**Location:** San Mateo, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 08/01/2015 |
| Lisas Playroom | PA0001947091 | 06/13/2015 | 06/16/2015 | 06/26/2015 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 06/01/2015 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/26/2015 |
| Above The Air | PA0001944200 | 05/21/2015 | 05/26/2015 | 05/26/2015 |
| Take Your Picture | PA0001942863 | 05/09/2015 | 05/15/2015 | 05/18/2015 |
| Capture Me | PA0001944202 | 05/16/2015 | 05/26/2015 | 05/17/2015 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 05/17/2015 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 05/17/2015 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 05/17/2015 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 05/17/2015 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 05/17/2015 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 05/17/2015 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 05/17/2015 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 05/09/2015 |
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 05/09/2015 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 05/09/2015 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 05/09/2015 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 05/09/2015 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 05/09/2015 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 05/09/2015 |

EXHIBIT B

NCA23

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 05/09/2015 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 05/09/2015 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 05/09/2015 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 05/09/2015 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 05/09/2015 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 05/09/2015 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/09/2015 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 05/09/2015 |
| Stay for a While | PA0001859661 | 07/05/2013 | 08/02/2013 | 05/08/2015 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 05/08/2015 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 05/07/2015 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 05/07/2015 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 05/07/2015 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 05/07/2015 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 05/04/2015 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 05/04/2015 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 05/04/2015 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 05/04/2015 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 05/04/2015 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 05/04/2015 |
| Cum Inside the Fantasy Suite | PA0001942000 | 05/02/2015 | 05/06/2015 | 05/04/2015 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 05/04/2015 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 05/04/2015 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 05/04/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 05/04/2015 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 05/04/2015 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 05/04/2015 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 05/04/2015 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 05/04/2015 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/04/2015 |
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 05/04/2015 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 05/04/2015 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 05/04/2015 |
| Do Not Keep Me Waiting Part #2 | PA0001941284 | 04/18/2015 | 04/27/2015 | 05/04/2015 |
| Spread Across The Floor | PA0001937378 | 03/17/2015 | 04/03/2015 | 05/04/2015 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 05/04/2015 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 05/04/2015 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 05/04/2015 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 05/04/2015 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 05/04/2015 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 05/04/2015 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 05/04/2015 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 05/04/2015 |
| Deepest Desires | PA0001935110 | 02/26/2015 | 03/11/2015 | 05/04/2015 |
| Back For More | PA0001928427 | 12/31/2014 | 01/19/2015 | 05/04/2015 |
| Come To Me Now | PA0001892181 | 04/21/2014 | 04/29/2014 | 05/04/2015 |
| Twice The Fun | PA0001937381 | 03/19/2015 | 04/03/2015 | 05/04/2015 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 05/03/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 05/03/2015 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 04/30/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 71**