| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( ) ACTION        ( ) APPEAL

| DOCKET NO:<br>15-cv-04164-MEJ | DATE FILED:<br>September 11, 2015 | COURT NAME AND LOCATION<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|

PLAINTIFF:
Malibu Media, LLC

DEFENDANT:
John Doe subscriber assigned IP address 73.202.43.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED        INCLUDED BY:
                     ( ) Amendment        ( ) Answer        ( ) Cross Bill        ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:                    WRITTEN OPINION ATTACHED:           DATE RENDERED:
( ) Order   ( ) Judgment           ( ) Yes   ( ) No

Susan Y. Soong, Clerk            (by) Deputy Clerk, Hilary Jackson           Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy