Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 73.202.43.228, <br><br> Defendant. | Case Number: 3:15-cv-04164-WHA <br><br> **STATUS REPORT** |

On October 11, 2015, Plaintiff, Malibu Media, LLC ("Plaintiff") filed its Application for Leave to Serve a Third Party Subpoena on Defendant's Internet Service Provider ("ISP"). Plaintiff's Motion was granted on October 18, 2015 [CM/ECF 13]. The Subpoena and a copy of the Court's Order were delivered to the ISP on October, 23, 2015. The ISP is due to comply by no later than December 9, 2015. Upon receiving a response from the ISP, Plaintiff will investigate the information provided, file an amended complaint with the Court, and send the appropriate documents out for service on Defendant. Plaintiff has up to, and including January 9, 2016 to effectuate service.

Dated: November 11, 2015

1

Status Report

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HEIT ERLBAUM, LLP

/s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ
Attorney for Plaintiff

2

Status Report